## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—
## GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01097-JWH-ADSx | Date | June 30, 2026 |
| Title | *Tammy Skinner v. Ford Motor Company et al.* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Clarissa Lara | Not Reported |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:  ORDER TO SHOW CAUSE REGARDING SETTLEMENT CONFERENCE**

A district court may, on motion or on its own initiative, issue any just order if a party or its attorney fails to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C). Additionally, the failure of a plaintiff to prosecute or to comply with these rules or court orders may result in the involuntary dismissal of the case. *See* Fed. R. Civ. P. 41(b).

Pursuant to the Court's Scheduling Order, "Counsel must complete a settlement conference under the Court-Directed ADR Program, L.R. 16-15.4, no later than the date set by the Court . . . ."[1] As indicated in the ADR Referral Order, "[t]he parties shall file a joint report no later than seven (7) days after the ADR proceeding regarding the progress of the settlement discussions."[2]

In the instant action, it appears that the parties have not complied with the Court's Scheduling Order or its ADR Referral Order. The Court-ordered deadline

---

[1]  *See* Scheduling Order [ECF No. 16].

[2]  Order/Referral to ADR (the "ADR Referral Order") [ECF No. 15].

| | | |
|---|---|---|
| Page 1 of 2 | **CIVIL MINUTES— GENERAL** | Initials of Deputy Clerk cla |

for the parties to participate in an ADR proceeding was June 19, 2026, but, as of the date of this Order—which is more than seven days after the deadline for the ADR proceeding—the parties have not filed a joint report verifying their participation in the ADR proceeding and advising the Court of the progress of their settlement discussions.

Accordingly, the Court, on its own motion, hereby **ORDERS** as follows:

1.      All parties are **ORDERED** to **SHOW CAUSE** in writing no later than July 10, 2026, why they did not participate in an ADR proceeding or, if they did, why they did not file the required joint report.

2.      A hearing on this Order to Show Cause is **SET** for July 24, 2026, at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.  All counsel of record are **DIRECTED** to attend that hearing.

**IT IS SO ORDERED.**